IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. *d/b/a* INTEGRATED SPORTS MEDIA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1144-RP |
| TRAMPSPORTS, LLC and MICHAEL BRANDON MCBRIDE, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this day, the Court adopted the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Innovative Sports Management, Inc. *d/b/a* Integrated Sports Media's ("Plaintiff") Motion for Default Judgment, (Dkt. 15). (R. & R., Dkt. 16). The Court's order granted in part and denied in part the Motion for Default Judgment, (Dkt. 15). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to recover from Defendants Trampsports, LLC and Michael Brandon McBride *d/b/a* Mr. Tramps, Mister Tramps Sports Bar, and Mister Tramps Sports Pub & Café the following:

(1) $2,400 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II);

(2) $7,200 in additional damages under 47 U.S.C. § 605(e)(3)(C)(ii);

(3) $2,400 in attorneys' fees under 47 U.S.C. § 605(e)(3)(B)(iii);

(4) post-judgment interest at the rate set by 28 U.S.C. § 1961(a); and

(5) costs under 28 U.S.C. § 1920 if Plaintiff submits evidence of any qualifying costs within two weeks of the date of this order.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on August 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE